# RUBENSTEIN & RYNECKI
ATTORNEYS AT LAW
16 COURT STREET, SUITE 1717
BROOKLYN, NEW YORK 11241
Tel. (718)522-1020
Fax. (718)522-3804

SANFORD A. RUBENSTEIN
SCOTT RYNECKI*

ROBERT H. PETITT
KLIOPATRA VRONTOS*
ROBERT MIJUCA
RICHARD M. LEVY
ALLEN C. GOODMAN
JERA RANDESI

* ADMITTED IN NY & NJ

August 28, 2009

**VIA FACSIMILE and ECF ONLY**
Hon. Patty Schwartz
United States Magistrate Judge
United States District Court
District Court for the District of New Jersey
Martin Luther King Jr. Building and
United States Courthouse 50 Walnut Street
Newark, New Jersey 07101

    Re:    Marquise Randle v. Borough of Roselle, et al.
           Docket No.:   2:08-cv-04840 (FSH)(PS)

Honorable Magistrate Schwartz:

    Please be advised we are counsel to the plaintiffs in the above-referenced case.

    I am writing this letter as a follow up to my earlier letter.

    I have been contacted by Mr. Miranda's office, who has faxed to my attention, a United Parcel Services (herein referred to as "UPS") shipping document, which indicates the settlement drafts were sent to my office on August 26, 2009, and received in my office on August 27, 2009. We have made a thorough search of our office and cannot locate this UPS package.

    Because of the above, I apologize for any inconvenience to the defendants' counsel and the Court, and withdraw my request for sanctions. I do, however, request the defendants re-issue the two (2) settlement drafts, payable to Marquise Randle in the amount of Five Hundred and Fifty Thousand Dollars ($550,000.00) and payable to Khisha Bethea in the amount of Twenty Five Thousand Dollars ($25,000.00), and forward these to my office as soon as possible.

    Once again I apologize to defendants' counsel. However to date, we have not received this UPS package and my client is in desperate need of those funds.

                                       Respectfully Submitted,

                                       SCOTT E. RYNECKI (SR 4339)

SER/sv
cc:    via facsimile
       Kathryn Hatfield, Esq., Counsel for Craig Howlett
       Douglas Motzenbecker, Esq., Counsel for Denis Kelleher
       Michael Miranda, Esq., Counsel for Borough of Roselle & Borough of Roselle Police Dept.
       Raymond Hamlin, Esq., Counsel for Jermaine Randle