UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
**MARQUISE RANDLE, ET AL.,** :
:
    **Plaintiffs,** :
:
v. : Civil Action No. 08-4840(FSH)
:
**BOROUGH OF ROSELLE, ET AL.s** : **ORDER ON INFORMAL APPLICATION**
:
:
    **Defendants.** :
:
_____:

    This matter having come before the Court by way of letters dated August 28, 2009, regarding the status of the settlement checks;

    and it appearing that the checks have been issued but reissuance may be needed;

    and it further appearing that no court intervention is required at this time;

    IT IS THEREFORE ON THIS 28th day of August, 2009

    ORDERED that no action will be taken on the letters dated August 28, 2009.

                                  s/Patty Shwartz_____
                                  **UNITED STATES MAGISTRATE JUDGE**